Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the galvanometers and parts thereof are similar in all material respects to the gradiometers, gravitymeters, and vertical field balances the subject of *Asiatic Petroleum Corp.* v. *United States* (19 Cust. Ct. 3, C. D. 1058), *American Askania Corp.* v. *United States* (20 id. 302, Abstract 52267), and *American Askania Corporation* v. *United States* (21 id. 26, C. D. 1121), respectively, the claim at 15 percent under paragraph 372, as modified, was sustained. Photoclinometer motors and parts thereof stipulated to be the same as the merchandise the subject of *Garrard Sales Corp.* v. *United States* (35 C. C. P. A. 39, C. A. D. 369) were held dutiable at 15 percent under paragraph 353, as modified.

**No. 54567.**—B. Altman & Co., Ltd. *v.* United States, protests 600808–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 54568.**—B. Altman & Co. *v.* United States, protests 23800–K, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 54569.**—New Victoria Importing Co., Inc. *v.* United States, protests 138937–K and 138938–K (Los Angeles).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, JULY 24, 1950

**No. 54570.**—Chong Kee Jan & Co. et al. *v.* United States, protests 972129–G, etc. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and following the decisions cited, the claims of the plaintiffs were sustained as follows: (1).